ACCEPTED
15-25-00045-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/8/2025 9:50 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/8/2025 9:50:37 AM
CHRISTOPHER A. PRINE
Clerk

Date: October 8, 2025

To: Fifteenth Court of Appeals

**Re: Case No.15-25-00045-CV**

Appeal of Final Orders in Suit Affecting the Parent-Child Relationship

**Original case no. DF-24-07441**

NOTICE REQUESTING REPORTER'S RECORD

Respondent, Pro Se, respectfully files this notice to document her request for the reporter's record in the above-entitled matter. The request was submitted to the assigned court reporter for the 256th District Court and includes all hearings relevant to the final order being appealed, including those related to:

- The child's last name modification
- Restrictions placed on the maternal grandmother's involvement in possession exchanges
- Any other hearings contributing to the final hearing / ruling

On October 8, 2025, Respondent sent a follow-up request via email directly to Court Reporter Glenda Finkley , with a copy to the 256th District Court Coordinator, requesting confirmation of available transcripts, advisement of any fees due, and delivery of the reporter's record to both the appellate court and Respondent.

Respondent further requests that the court reporter advise whether any hearings were not recorded or transcribed , so that the absence of a reporter's record can be documented in the appellate file.

Respectfully submitted,
Nanyamka Sims
Respondent/Appellant, Pro Se
Dallasccfiles@gmail.com
October 8, 2025